JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

```
UNITED STATES OF AMERICA        :     USDC SDNY
                                      DOCUMENT
        -v-                     :     ELECTRONICALLY FILED
                                      DOC #: _____
JOHNNY MORGAN                   :     DATE FILED: AUG 0 6 2008
     and
MARIA SERRANO,                  :             INDICTMENT

        Defendants.             :     08 Cr.

                                      08 CRIM 727
```

- - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1.   From at least in or about May 2007 up to and including in or about July 2008, in the Southern District of New York and elsewhere, JOHNNY MORGAN and MARIA SERRANO, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that JOHNNY MORGAN and MARIA SERRANO, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, less than 50 kilograms of mixtures and substances containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(D).

1

Overt Acts

3.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.   On or about May 4, 2007, in the Bronx, New York, JOHNNY MORGAN, the defendant, sold approximately two ounces (or approximately 56 grams) of marijuana to a cooperating witness working with law enforcement, in exchange for $1,000.

b.   On or about June 12, 2007, in the Bronx, New York, JOHNNY MORGAN and MARIA SERRANO, the defendants, sold approximately two ounces (or approximately 56 grams) of marijuana to an undercover officer working for the New York City Police Department, in exchange for $1,000.

c.   On or about June 22, 2007, in the Bronx, New York, JOHNNY MORGAN, the defendant, sold approximately two ounces (or approximately 56 grams) of marijuana to an undercover officer working for the New York City Police Department, in exchange for $1,000.

(Title 21, United States Code, Section 846.)

_____        _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

8/6/08 Indictment Filed Case assigned to Judge Kaplan for all purposes. Ellis, USMJ

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOHNNY MORGAN,
MARIA SERRANO

Defendants.

### INDICTMENT

08 Cr.

(Title 21, United States Code,
Section 846)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.